OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE P.O. BOX 12308 CAPITOL STATION AUSTIN TEXAS 78711 POSTAGE PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015.

5/6/2015
GUZMAN, JAMES EDWARD   Tr. Ct. No. 1224072-A          WR-31,922-18

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RETURN TO SENDER

RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE
JAMES EDWARD GUZMAN
HARRIS COUNTY JAIL - S

1EBN3B 77002